# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

Angela Grady et al.,                                              Civil No. 20-cv-1532 (ADM/TNL)

           Plaintiffs,

v.                                                                      **ORDER**

Hennepin County CPS, et al.,

           Defendants.

---

Based upon the Report and Recommendation by United States Magistrate Judge Tony N. Leung dated October 19, 2020 (ECF No. 7), along with all the files and records, and no objections to said Recommendation having been filed, **IT IS HEREBY ORDERED** that:

1. The Application to Proceed In Forma Pauperis [Doc. 2] is denied as moot; and

2. This action is **DISMISSED WITHOUT PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Date: November 5, 2020                                    s/Ann D. Montgomery
                                                                          The Honorable Ann D. Montgomery
                                                                          United States District Judge